IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOEHRINGER INGELHEIM VETMEDICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERVET INC. a/k/a MERCK ANIMAL HEALTH,<br><br>　　　　　Defendant. | Civil Action No. 18-9534 (JMV) (JBC) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), the parties hereby stipulate that this action, including all claims, counterclaims, and defenses, is DISMISSED with prejudice, with each party to bear its own costs and fees.

Dated:   August 22, 2019

*s/ John E. Flaherty*
John E. Flaherty
Ravin R. Patel
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: 973.622.4444
jflaherty@mccarter.com
rpatel@mccarter.com

*Attorneys for Defendant/Counterclaim Plaintiff Intervet Inc.*

*s/ Dr. Judy Jarecki-Black*
Dr. Judy Jarecki-Black
BOEHRINGER INGELHEIM
ANIMAL HEALTH USA INC.
3239 Satellite Boulevard
Duluth, Georgia 30096
Tel: (678) 638-3805
Fax: (678) 638-3350
judy.jarecki@merial.com

Liza M. Walsh
Christine I. Gannon
Joseph L. Linares

WALSH PIZZI O'REILLY
FALANGA LLP
Three Gateway Center
100 Mulberry Street, Floor 15
Newark, New Jersey 07102
lwalsh@walsh.law
cgannon@walsh.law

*Attorneys for Plaintiff/Counterclaim Defendant Boehringer Ingelheim Vetmedica, Inc.*

SO ORDERED this 26th day of August, 2019.

_____
**HON. JOHN MICHAEL VAZQUEZ**
**United States District Judge**

2